| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | 08-CR-55-01-PB |
| | DOCKET NUMBER *(Rec. Court)* |
| | 14CR10022 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Sanford Meekins<br>149 Whittier Meadows Drive<br>Amesbury, MA 01913 | DISTRICT OF NEW HAMPSHIRE | |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Paul Barbadoro | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 9/27/2011 | TO 9/26/2016 |

OFFENSE

Bank Fraud, in violation of 18 U.S.C. § 1344

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF NEW HAMPSHIRE</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

1-10-2014

Date                                                              United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF MASSACHUSETTS</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/28/14

Effective Date                                                    United States District Judge



# MEMORANDUM

To: The Honorable Patti B. Saris
Chief U. S. District Judge

From: Tracy J. Weisberg
U.S. Probation Officer Assistant

*14cr10022*

Re: **MEEKINS, Sanford**
**District of New Hampshire Docket #: 08-CR-55-01**
**REQUEST FOR TRANSFER OF JURISDICTION TO D/MA**

Date: January 23, 2014

---

On June 25, 2009, the above-mentioned appeared before The Honorable Paul Barbadoro, U. S. District Judge for the District of New Hampshire, for sentencing on the charge of Bank Fraud. Mr. Meekins was sentenced to 30 months of incarceration followed by 5 years of supervised release.

Mr. Meekins commenced supervised release in the District of Massachusetts, however the District of New Hampshire maintained jurisdiction.

The District of New Hampshire has requested that this office accept transfer of jurisdiction since the defendant currently resides in the Massachusetts area. Mr. Meekins plans to live in this district permanently.

In view of this, we are recommending that jurisdiction be transferred. If Your Honor concurs, please sign Part 2 of the two attached forms. The District of New Hampshire requires original signatures and two copies.

Review and Approved by:       /s/ Martin Flynn
                              Martin Flynn
                              Supervising U.S. Probation Officer

[✓] Approved
[ ] Not Approved
[ ] Other

_____                    1/28/14
The Honorable Patti B. Saris                 Date
Chief U.S. District Judge