AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>*Plaintiff*<br>v.<br>Sanford Meekins<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 14-cr-10022 |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States.

Date: 06/04/2015

/s/ Stephen P. Heymann
*Attorney's signature*

AUSA Stephen P. Heymann Bar No. 558486
*Printed name and bar number*

U.S. Attorney's Office,
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210
*Address*

stephen.heymann@usdoj.gov
*E-mail address*

(617) 748-3181
*Telephone number*

*FAX number*