UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 14-CR-10022-WGY |
| | ) | |
| SANFORD MEEKINS | ) | |

**Government's Response to Motion to Continue Final Revocation Hearing**

Sanford Meekins has been convicted of fraud twice and the Petition for Revocation is based, in part, on his involvement in a purported business with another felon, also previously convicted of fraud. According to the presentence report, Meekins similarly sought emergency treatment in November, 2008, prior to pleading guilty in January, 2009, to the wire fraud for which he is presently on supervised release.

The government has requested that defense counsel provide a doctor's letter establishing Meekins's diagnosis, describing his prognosis, and confirming Meekins's likely course of treatment. The doctor's letter both will enable the government to respond appropriately to the request for a postponement, and create a more reliable and complete factual record on which the Court can evaluate the request.

                                                Respectfully submitted,

Date: July 29, 2015                                Carmen M. Ortiz
                                                                    United States Attorney

                                               */s/ Stephen P. Heymann*
                                By:    Stephen P. Heymann
                                         Assistant U.S. Attorney
                                         Bar No. 558486

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent to the registered participants as identified on the Notice of Electronic Filing on July 29, 2015.

                                                              */s/ Stephen P. Heymann*