**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| **V.** | ) ) ) | 14-CR-10022-WGY |
| **SANFORD MEEKINS** | ) ) ) | |

## NOTICE OF CHANGE OF ADDRESS

      Please be advised that as of September 1, 2015, the new address for counsel of record for SANFORD MEEKINS will be:

George F. Gormley, Esq.
George F. Gormley, P.C.
160 Old Derby Street, Suite 456
Hingham, MA 02043
Phone: 617-268-2999
Fax: 617-268-2911

Respectfully Submitted,

/s/ George F. Gormley
_____
George F. Gormley, Esq., BBO# 204140
George F. Gormley, P.C.
160 Old Derby Street, Suite 456
Hingham, MA 02043
Phone: 617-268-2999
Fax: 617-268-2911
Email: gfgormley@aol.com

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 31, 2015.

      /s/ George F. Gormley

      _____

      George F. Gormley, Esq.